### WHITE, Respondent, *v.* REED *et al.*, Appellants.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Motion to resettle order dated first Monday of December, 1887.

Action by George W. White against Mary Reed, as executor, etc., and another.

Argued before FREEDMAN and INGRAHAM, JJ.

PER CURIAM. The order should be resettled so as to read as follows: "With costs to the appellants to abide the event, and, in case the plaintiff should finally succeed in the action, such costs are to be set off against any judgment which may be recovered against the defendants or either of them by the plaintiff in this action."

---

### WILLS, Appellant, *v.* UNION BOTTLING Co., Respondent.

*(Superior Court of New York City, General Term. June 27, 1890.)*

Appeal from jury term.

Action by William Wills against the Union Bottling Company.

Argued before TRUAX and O'GORMAN, JJ.

*Hatch & Warren*, for appellant.  *Morgan & Warren*, for respondent.

TRUAX, J. The action was brought by the plaintiff to recover a certain sum of money for a balance alleged to be due to the plaintiff from the defendant for unpaid salary as treasurer of the defendant. It was alleged in the answer, among other things, that the plaintiff had resigned his position as treasurer and abandoned the defendant's business, and had not offered or tendered his services as treasurer to the defendant since the day of his resignation. The trial judge correctly stated the only question in the case when he left it to the jury to determine whether the plaintiff, in June, 1883, resigned his office of treasurer. That question the jury determined against plaintiff, and, as there was evidence to warrant such determination, the judgment and order must be affirmed, with costs. Judgment and order affirmed, with costs.

---

### PFEIFFER, Respondent, *v.* AMERICAN SURETY Co., Appellant.

*(Superior Court of New York City, General Term. June 28, 1890.)*

Appeal by defendant from judgment entered on verdict of jury.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Stickney & Shepard*, for appellant.  *F. F. Nugent* and *Wm. H. Arnoux*, for respondent.

PER CURIAM. Judgment affirmed, with costs.